```
René P. Tatro (SBN 078383)
Steven R. Tekosky (SBN 102918)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
Telephone:    (213) 225-7171
Facsimile:     (213) 225-7151
E-mail: rtatro@ttsmlaw.com
        stekosky@ttsmlaw.com
        jmarkowitz@ttsmlaw.com
```

Attorneys for Plaintiff Pharmavite LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMAVITE LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>   v.<br><br>CLEAN LABEL PROJECT FOUNDATION, a Delaware corporation; *et al.*;<br><br>             Defendants. | Case No. 2:20-cv-8001 SB (PVC)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. Proc. 41(a)(1)(A)(i)]**<br><br>Hon. Stanley Blumenfeld, Jr. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Pharmavite LLC hereby dismisses this action with prejudice. In accordance with the confidential agreement of the parties, each party shall bear its or his own attorneys' fees and costs.

Dated: April 9, 2021          TATRO TEKOSKY SADWICK LLP


                              By:    /s/ *René P. Tatro*
                                   René P. Tatro, Esq.
                                   Attorneys for Plaintiff Pharmavite LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2021, I electronically filed

## NOTICE OF DISMISSAL WITH PREJUDICE

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Andrew M. Purdy, Esq.
Herrera Purdy LLP
4590 MacArthur Blvd., Suite 500
Newport Beach, 92660
apurdy@herrerapurdy.com
Fax: 855-969-2050

Joseph E. Floren, Bar No. 168292
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
joseph.floren@morganlewis.com
Fax: (415) 442-1001

MORGAN, LEWIS & BOCKIUS LLP
Brian M. Jazaeri, Bar No. 221144
Taylor C. Day, Bar No. 267435
Megan A. Suehiro, Bar No. 316104
brian.jazaeri@morganlewis.com
taylor.day@morganlewis.com
megan.suehiro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Fax: +1.213.612.2501

                                                  /s/ *Karen L. Roberts*
                                                   Karen L. Roberts